IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| AMADOR G. SANCHEZ, JR. | § | |
|---|---|---|
| VS. | § | CIVIL ACTION NO. 1:13cv713 |
| DAMION KYLE, ET AL. | § | |

ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Amador G. Sanchez, Jr., proceeding *pro se*, filed this civil rights lawsuit against Damion Kyle, Henry Como and Virgil McMullen. The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration pursuant to 28 U.S.C. § 636 and applicable orders of this court. The Magistrate Judge has submitted a Report and Recommendation of United States Magistrate Judge recommending that the claim against defendant McMullen be dismissed for failure to state a claim upon which relief may be granted and as frivolous.

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record and pleadings. No objections were filed to the Report and Recommendation.

ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED** as the opinion of the court. The claim against defendant McMullen is **DISMISSED** for failure to state a claim upon which relief may be granted and as frivolous.

**So ordered and signed on**

**Oct 2, 2015**

_____
Ron Clark, United States District Judge